# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2014

*The Court of Appeals hereby passes the following order:*

## A14A2306. MICHAEL ANTHONY DIXON v. GEORGIA DEPARTMENT OF CORRECTIONS, et al.

Michael Anthony Dixon, a prison inmate, filed a civil action against the Georgia Department of Corrections, et al., alleging that $90 had been taken from his prison account. The trial court dismissed the complaint, and Dixon then filed this direct appeal. We, however, lack jurisdiction.

Because Dixon is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal from the superior court's order. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997). This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/26/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*